# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID WAYNE SHOCK**            **PLAINTIFF**

v.            **No. 4:14-cv-683-DPM-BD**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**            **DEFENDANT**

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition). The Court affirms the Commissioner's decision.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_11 August 2015_