IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID WAYNE SHOCK                                          PLAINTIFF

v.                              No. 4:14-cv-683-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                               DEFENDANT

JUDGMENT

Shock's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 August 2015